JP:MPC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**M-10-1435**

- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

GLENN THOMAS,
    also known as
    "Rudolph Patterson" and
    "Donovan Kria,"

                  Defendant.

- - - - - - - - - - - - - - - - - X

**UNDER SEAL**

COMPLAINT AND AFFIDAVIT
IN SUPPORT OF APPLICATION
FOR ARREST WARRANT

(T. 8, U.S.C.,
§§ 1326(a) and
1326(b)(1))

EASTERN DISTRICT OF NEW YORK, SS:

        Matthew Lew, being duly sworn, deposes and states that he is a Deportation Officer with United States Immigration and Customs Enforcement ("ICE"), duly appointed according to law and acting as such.

        On or about October 4, 2010, within the Eastern District of New York and elsewhere, the defendant GLEN THOMAS also known as "Rudolph Patterson" and "Donovan Kria," an alien who had previously been deported from the United States after a conviction for a felony, was found in the United States without the Secretary of the United States Department of Homeland Security, successor to the Attorney General of the United States, having expressly consented to such alien's applying for admission.

        (Title 8, United States Code, Section 1326(b)(2)).

The source of your deponent's information and the grounds for his belief are as follows:[1]

1. I am a Deportation Officer with ICE and have been involved in the investigation of numerous cases involving the illegal re-entry of aliens. I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the ICE investigative file, including the defendant's criminal history record; and from reports of other law enforcement officers involved in the investigation.

2. On October 4, 2010, the defendant GLEN THOMAS also known as "Rudolph Patterson" and "Donovan Kria," was arrested in Queens, New York by the New York Police Department and charged under the name "Rudolph Patterson" for Criminal Possession of Marijuana in the First Degree, in violation of Penal Law Section 221.30.

3. A records search using the defendant's fingerprints confirmed that he is GLEN THOMAS, a citizen of Jamaica and not of the United States.

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all of the relevant facts and circumstances of which I am aware.

4. A fingerprint comparison of the fingerprints taken in connection with the defendant's arrest on October 4, 2010 confirmed that he is the same individual convicted of Misprison of Felony, in violation of Title 18 United States Code Section 4 on January 16, 2001. He was sentenced to a term of imprisonment of 15 months followed by one year supervised release. The fingerprint analysis also confirmed that he is the same individual who was deported by ICE on July 20, 2001.[2]

5. I have also reviewed official immigration records which confirm that on July 20, 2001, the defendant was deported from the United States.

6. A preliminary search of the Department of Homeland Security databases revealed that the defendant has not applied for permission from the Secretary of the Department of Homeland Security, successor to the Attorney General, to re-enter the United States after deportation.

---

[2] ICE records further reflect that the defendant attempted to illegally re-enter the United States under the name of Donovan Kria and was again deported to Jamaica on February 17, 2003.

3

WHEREFORE, your deponent respectfully requests that an arrest warrant be issued for the defendant GLEN THOMAS also known as "Rudolph Patterson" and "Donovan Kria," so that he may be dealt with according to law.

*[signature]*
Matthew Lew
Deportation Officer
U.S. Immigration and Customs Enforcement

Sworn to before me this
2nd day of December, 2010

*[signature]*   S/Levy

UNITED ST                    E
EASTERN L

4